UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Teodoro Magadan-Pineda ) <br> Defendant(s) ) | 08MJ0233 <br><br> CRIMINAL NO. 08mj223 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Eucario Arango-Jarquin

DATED: 2/6/08

---

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
   Deputy Clerk

CLERK'S OFFICE COPY  ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95