| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOSEPH J.M. ORABONA |
| | Assistant United States Attorney |
| 3 | California State Bar No. 223317 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5610 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: joseph.orabona@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0396-JM |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| TEODORO MAGADAN-PINEDA (1), | |
| EMILIO GONZALEZ-RODRIGUEZ (2), | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None

Please call me at the above-listed number if you have any questions about this notice.

DATED: March 7, 2008

                                            Respectfully submitted,

                                            KAREN P. HEWITT
                                            United States Attorney

                                            /s/ *Joseph J.M. Orabona*

                                            JOSEPH J.M. ORABONA
                                            Assistant United States Attorney

Notice of Appearance
United States v. Magadan-Pineda et al.      2                                            08CR0396-JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>             Plaintiff,                            )<br>                                                          )<br>       v.                                              )<br>                                                          )<br>TEODORO MAGADAN-PINEDA (1),   )<br>EMILIO GONZALEZ-RODRIGUEZ (2), )<br>                                                          )<br>             Defendant.                         )<br>_____) | Case No. 08CR0396-JM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Timothy A. Scott
   Law Office of Timothy A. Scott
   1350 Columbia Street, Suite 600
   San Diego, California 92101
   Tel:  (619) 652-9962
   Fax: (619) 652-9964
   Email: timscottlaw@cox.net
   *Lead Attorney for Magadan-Pineda*

2. Michael J. McCabe
   Law Office of Michael J. McCabe
   2442 Fourth Avenue
   San Diego, California 92101
   Tel:  (619) 231-1181
   Fax: (619) 232-6052
   Email: Mccabeatty@aol.com
   *Lead Attorney for Gonzalez-Rodriguez*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney